Philip C. Bourdette SBN 47492
Miriam Bourdette   SBN 151980
BOURDETTE & PARTNERS
2924 West Main Street
Visalia, CA 93291
(559) 625-8425
Fax (559) 625-8491
pcbb@bourdettelaw.com
mrbb@bourdettelaw.com
Attorneys for Plaintiffs Bowles, Craven, McPherson & Poole

Pamela Yates SBN 137740
Wendy S. Dowse SBN 261224
Kaye Scholer LLP
1999 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
(310) 788-1142
FAX (310) 22913-1942
pyates@kayescholer.com
wdowse@kayescholer.com
Attorneys for Defendants Wyeth LLC
And Pharmacia Upjohn Co. LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SHIRLEY BOWLES & GERALD BOWLES<br><br>    Plaintiffs,<br>  vs.<br><br>WYETH LLC, {An indirect wholly-owned subsidiary of Pfizer Inc.} PHARMACIA & UPJOHN COMPANY LLC {An indirect wholly owned subsidiary of Pfizer Inc.}<br><br>    Defendants. | Case #. 1:04-CV-06346-OWW-DLB<br><br>STIPULATION TO CONTINUE DATES FOR FILING JOINT SCHEDULING STATEMENTS AND INITIAL SCHEDULING CONFERENCES AND ORDER<br><br>Dates: June 23 and 29, 2011<br>Time: 8:15 AM<br>Courtroom 3 – Judge Oliver W. Wanger |

1

| | |
|---|---|
| BETTY CRAVEN & GEORGE CRAVEN ) | Case #. 1:10-CV-02382-OWW-DLB |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| WYETH LLC, {An indirect wholly-owned ) | |
| subsidiary of Pfizer Inc.} PHARMACIA & ) | |
| UPJOHN COMPANY LLC {An indirect ) | |
| wholly owned subsidiary of Pfizer Inc.} ) | |
| ) | |
| Defendants. ) | |
| ) | |
| GLORIETTE MCPHERSON ) | Case #. 1:10-CV-02384-OWW-DLB |
| Plaintiff, ) | |
| vs. ) | |
| WYETH LLC, {An indirect wholly-owned ) | |
| subsidiary of Pfizer Inc.} PHARMACIA & ) | |
| UPJOHN COMPANY LLC {An indirect ) | |
| wholly owned subsidiary of Pfizer Inc.} ) | |
| Defendants. ) | |
| VICTORIA POOLE & DELBERT POOLE ) | Case #. 1:10-CV-02397-OWW-DLB |
| Plaintiffs, ) | |
| vs. ) | |
| WYETH LLC, {An indirect wholly-owned ) | |
| subsidiary of Pfizer Inc.} PHARMACIA & ) | |
| UPJOHN COMPANY LLC {An indirect ) | |
| wholly owned subsidiary of Pfizer Inc.} ) | |
| Defendants. ) | |

2

Stipulation re Continuing Filing of JSC Statements and Initial Scheduling Conferences –
Bowles, Craven, McPherson, Poole

1  IT IS HEREBY STIPULATED BY & BETWEEN ALL PARTIES THAT:

2  1.	The date for Filing a Joint Scheduling Conference Statement in the above captioned cases be continued from June 16 (Craven & McPherson) and June 22 (Bowles) and June 23 (Phillips), 2011 to August 12, 2011.

2.	The date for the Initial Scheduling Conferences be continued from June 23 (Craven & McPherson,) June 29 (Bowles) and June 30, 2011 (Poole) to August 19, 2011.

Respectfully submitted,

DATED: May 2, 2011			BOURDETTE AND PARTNERS
					By __/s/ Philip C. Bourdette_
					Philip C. Bourdette
					Attorneys for Plaintiffs


DATED: May 2, 2011			KAYE SCHOLER LLP

					By: _/s/ Wendy S. Dowse___
					Wendy S. Dowse
					Attorneys for Defendants


IT IS SO ORDERED.

   Dated:  **May 2, 2011**			     **/s/ Oliver W. Wanger**
					UNITED STATES DISTRICT JUDGE

Stipulation re Continuing Filing of JSC Statements and Initial Scheduling Conferences –
Bowles, Craven, McPherson, Poole