UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| NANCY WADDELL,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WYETH LLC, et al.<br>　　　　　Defendants. | Case No.: 1:04-cv-06343-JRG-DLB<br><br>ORDER SETTING TRIAL DATE |
| KAY UHALT and STEPHEN UHALT,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>WYETH LLC, et al.<br><br>　　　　　Defendants. | Case No.: 1:10-cv-02404-JRG-DLB |
| DOROTHY SETSER and HOWARD SETSER,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>WYETH LLC, et al.<br>　　　　　Defendants | Case No.: 1:10-cv-02405-JRG-DLB |
| CAROL HILL and LEONARD HILL<br><br>　　　　　Plaintiffs,<br><br>　vs. | Case No.: 1:10-cv-02394-JRG-DLB |

| | |
|---|---|
| WYETH LLC. et al )<br>        Defendants. )<br>        )<br>        ) | |
| MARIANNE PHILLIPS and WILLIAM PHILLIPS, )<br>        )<br>        Plaintiffs, )<br>    vs. )<br>WYETH LLC, et al. )<br>        )<br>        Defendants. ) | Case No.: 1:10-cv-02395-JRG-DLB |
| GLORIETTE MCPHERSON, )<br>        )<br>        Plaintiff, )<br>    vs. )<br>WYETH LLC, et al. )<br>        )<br>        Defendants. ) | Case No.: 1:10-cv-02384-JRG-DLB |
| BETTY CRAVEN and GEORGE CRAVEN, )<br>        )<br>        Plaintiffs, )<br>    vs. )<br>WYETH LLC, et al. )<br>        )<br>        Defendants. ) | Case No.: 1:10-cv-02382-JRG-DLB |
| SHIRLEY BOWLES and GERALD BOWLES, )<br>        )<br>        Plaintiffs, )<br>    vs. )<br>WYETH LLC, et al. ) | Case No.: 1:04-cv-06346-JRG-DLB |

2

| | |
|---|---|
| Defendants. | |
| DONNA HAMES and MICHAEL HAMES | Case No.: 1:10-cv-02392-JRG-DLB |
| Plaintiffs, | |
| vs. | |
| WYETH LLC, et al. | |
| Defendants. | |
| VICTORIA POOLE and DELBERT POOLE | Case No.: 1:10-cv-02397-JRG-DLB |
| Plaintiffs, | |
| vs. | |
| WYETH LLC, et al. | |
| Defendants. | |
| LOIS ZANYK | Case No.: 1:10-cv-00287-JRG-DLB |
| Plaintiff, | |
| vs. | |
| PFIZER INC., et al. | |
| Defendants. | |
| CARLEEN WEST | Case No.: 1:10-cv-00289-JRG-DLB |
| Plaintiff, | |
| vs. | |
| PFIZER INC., et al. | |

|   |   |
|---|---|
| Defendants. ) | |
| ) | |
| PAMELA TURNER ) | Case No.: 1:10-cv-00288-JRG-DLB |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| PFIZER INC., et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| LUCILLE MACIAS ) | Case No.: 1:10-cv-00282-JRG-DLB |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| PFIZER INC., et al. ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On July 5, 2012, following repeated assurances from the parties that these matter have been settled, I ordered the parties to file a joint motion to dismiss within 30 days of entry of the order. [ECF 56.] I warned that if the parties did not file a joint motion to dismiss within 30 days, the court would enter a new Scheduling Order in this matter with court chosen deadlines, including a trial date in the coming months. To date, the parties have not filed a joint motion to dismiss.

It is **ORDERED** that trial will begin in these matters on **February 5, 2013**, beginning with the case of *Waddell v. Wyeth LLC, et al. 1:04-cv-6343*. It is further **ORDERED** that the parties submit a proposed Scheduling Order containing the above trial date and any remaining necessary pretrial deadlines (excluding hearing dates for motions for summary judgment, *Daubert*

motions, the pretrial conference and the final settlement conference, which the court will set) for my signature by **September 11, 2012.**

ENTER: September 4, 2012

Joseph R. Goodwin, Chief Judge

5