```
 1   Philip C. Bourdette SBN 47492
     Miriam Bourdette  SBN 151980
 2   BOURDETTE & PARTNERS
     2924 West Main Street
 3   Visalia, CA 93291
     (559) 625-8425
 4   Fax (559) 625-8491
     pcbb@bourdettelaw.com
 5   mrbb@bourdettelaw.com
 6   Attorneys for Plaintiffs

 7
     Simona A. Farrise SBN 171708
 8   Leigh Kirmsse SBN 160967
     Farrise Firm PC
 9   225 South Olive St., Ste 102
     Los Angeles, CA 90012
10   310-424-3355
11   FAX 510-588-4536
     sfarrise@farriselaw.com
12   LKirmsse@farriselaw.com
     Attorneys for Plaintiffs
13
14   Sharon J.Arkin SBN #154858
     The Arkin Law Firm
15   333 South Grand Avenue, 25th Floor
     Los Angeles, CA 90071
16   (541) 469-2892
     FAX: 866) 571-5676
17   sarkin@arkinlawfirm.com
     Attorney for Plaintiffs
18
19   Pamela Yates SBN 137740
     Wendy S. Dowse SBN 261224
20   Julie A. Belezzuoli SBN 267302
     KAYE SCHOLER LLP
21   1999 Avenue of the Stars, Suite 1600
     Los Angeles, CA 90067
22   (310) 788-1000
23   FAX (310) 788-1200
     pyates@kayescholer.com
24   wdowse@kayescholer.com
     julie.belezzuoli@kayscholer.com
25   Attorneys for Defendants
26
27
28
```

**ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| NANCY WADDELL, | Case No.: 1:04-cv-06343-JRG-DLB |
| Plaintiff, | ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE |
| vs. | |
| WYETH LLC, et al. | |
| Defendants. | |
| KAY UHALT and STEPHEN UHALT, | Case No.: 1:10-cv-02404-JRG-DLB |
| Plaintiffs, | |
| vs. | |
| WYETH LLC, et al. | |
| Defendants. | |
| DOROTHY SETSER and HOWARD SETSER, | Case No.: 1:10-cv-02405-JRG-DLB |
| Plaintiffs, | |
| vs. | |
| WYETH LLC, et al. | |
| Defendants | |

2
**ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE**

| | | |
|---|---|---|
| 1 | CAROL HILL and LEONARD HILL | Case No.: 1:10-cv-02394-JRG-DLB |
| 2 | Plaintiffs, | |
| 3 | vs. | |
| 4 | WYETH LLC. et al | |
| 5 | Defendants. | |

| | | |
|---|---|---|
| 7 | MARIANNE PHILLIPS and WILLIAM PHILLIPS, | Case No.: 1:10-cv-02395-JRG-DLB |
| 10 | Plaintiffs, | |
| 11 | vs. | |
| 12 | WYETH LLC, et al. | |
| 13 | Defendants. | |

| | | |
|---|---|---|
| 14 | GLORIETTE MCPHERSON, | Case No.: 1:10-cv-02384-JRG-DLB |
| 16 | Plaintiff, | |
| 17 | vs. | |
| 18 | WYETH LLC, et al. | |
| 19 | Defendants. | |

| | | |
|---|---|---|
| 21 | BETTY CRAVEN and GEORGE CRAVEN, | Case No.: 1:10-cv-02382-JRG-DLB |
| 23 | Plaintiffs, | |
| 24 | vs. | |
| 25 | WYETH LLC, et al. | |
| 26 | Defendants. | |

3
**ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE**

| | | |
|---|---|---|
| SHIRLEY BOWLES and GERALD BOWLES, | ) ) ) ) ) ) ) ) ) ) | Case No.: 1:04-cv-06346-JRG-DLB |
| Plaintiffs, | | |
| vs. | | |
| WYETH LLC, et al. | | |
| Defendants. | | |
| DONNA HAMES and MICHAEL HAMES | ) ) ) ) ) ) ) ) ) ) ) | Case No.: 1:10-cv-02392-JRG-DLB |
| Plaintiffs, | | |
| vs. | | |
| WYETH LLC, et al. | | |
| Defendants. | | |
| VICTORIA POOLE and DELBERT POOLE | ) ) ) ) ) ) ) ) ) ) ) | Case No.: 1:10-cv-02397-JRG-DLB |
| Plaintiffs, | | |
| vs. | | |
| WYETH LLC, et al. | | |
| Defendants. | | |
| LOIS ZANYK | ) ) ) ) ) ) ) ) ) ) | Case No.: 1:10-cv-00287-JRG-DLB |
| Plaintiff, | | |
| vs. | | |
| PFIZER INC., et al. | | |
| Defendants. | | |

4

**ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE**

| | |
|---|---|
| CARLEEN WEST<br><br>        Plaintiff,<br><br>    vs.<br><br>PFIZER INC., et al.<br><br>        Defendants. | Case No.: 1:10-cv-00289-JRG-DLB |
| PAMELA TURNER<br><br>        Plaintiff,<br><br>    vs.<br><br>PFIZER INC., et al.<br><br>        Defendants. | Case No.: 1:10-cv-00288-JRG-DLB |
| LUCILLE MACIAS<br><br>        Plaintiff,<br><br>    vs.<br><br>PFIZER INC., et al.<br><br>        Defendants. | Case No.: 1:10-cv-00282-JRG-DLB |

      The Court having considered the Joint Proposed Trial and Pre-Trial Schedule filed by the Parties in these actions, and finding good cause therefore;

      IT IS HEREBY ORDERED as follows:

1) The following trial and pre-trial schedule is set in the matter of *Waddell v. Wyeth LLC, et al*. Per the Court's order on September 4, 2012, the matter of *Waddell v. Wyeth LLC, et al* will be the first set trial scheduled to begin on February 5, 2013.

| EVENT | PROPOSED DEADLINE |
|---|---|
| Disclosure of Defendants' Expert Reports | November 16, 2012 |
| Defendants' Expert Discovery Deadline | November 30, 2012 |
| Dispositive/*Daubert* Motions | December 10, 2012 |
| Hearing Dispositive/*Daubert* Motions | TBD by Court |
| All Other Motions, including Motions *in limine* | January 4, 2013 |
| Hearing on MILs | TBD by Court |
| Settlement Conference Cut-Off | January 2, 2013 |
| Joint Pre-Trial Order Due | January 8, 2013 |
| Joint Proposed Jury Questionnaire Due and Affirmative Prior Testimony Designations to be Exchanged; | January 11, 2013 |
| Trial Briefs, Proposed Voir Dire and Jury Instructions Due, and Counter-Designations and Objections to Prior Testimony | January 23, 2013 |
| Final Pre-Trial Conference and Hearing on Remaining Objections to Exhibits and Designated Prior Testimony | TBD by Court |
| Trial | February 5, 2013 |
| Jury/Non-Jury | Jury |

2) The following trial and pre-trial schedule is set in the matters of *Zanyk v. Wyeth Inc., et al, West v. Pfizer Inc., et al, Turner v. Pfizer Inc., et al, and Macias v. Pfizer Inc., et al*. These cases will be the next set to proceed to trial following *Waddell v. Wyeth LLC, et al*. As indicated in the Court's prior ruling, these cases will not be consolidated for trial.

| EVENT | PROPOSED DEADLINE |
|---|---|
| Hearing Dispositive/*Daubert* Motions | TBD by Court |
| All Other Motions, including Motions *in limine* | January 4, 2013 |
| Hearing on MILs | TBD by Court |
| Settlement Conference Cut-Off | January 2, 2013 |
| Joint Pre-Trial Order Due | January 8, 2013 |
| Joint Proposed Jury Questionnaire Due and Affirmative Prior Testimony Designations to be Exchanged; | January 11, 2013 |
| Trial Briefs, Proposed Voir Dire and Jury Instructions Due, and Counter-Designations and Objections to Prior Testimony | January 23, 2013 |
| Final Pre-Trial Conference and Hearing on Remaining Objections to Exhibits and Designated Prior Testimony | TBD by Court |
| Trial | TBD by Court |
| Jury/Non-Jury | Jury |

3)     The following trial and pre-trial schedule is set in the matters of *Uhalt v. Wyeth LLC, et al, Setser v. Wyeth LLC, et al, Phillips v. Wyeth LLC, et al, & Hill v. Wyeth LLC, et al.* These cases will the next set to proceed to trial following *Zanyk v. Wyeth Inc., et al, West v. Pfizer Inc., et al, Turner v. Pfizer Inc., et al, and Macias v. Pfizer Inc., et al.* As indicated in the Court's prior ruling, these cases will not be consolidated for trial.

| EVENT | PROPOSED DEADLINE |
|---|---|
| Disclosure of Defendants' Expert Reports | January 28, 2013 |
| Defendants' Expert Discovery Deadline | February 18, 2013 |
| Dispositive/*Daubert* Motions | March 4, 2013 |
| Hearing Dispositive/*Daubert* Motions | TBD by Court |
| All Other Motions, including Motions *in limine* | March 18, 2013 |
| Hearing on MILs | TBD by Court |

7

**ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE**

| | |
|---|---|
| Settlement Conference Cut-Off | March 1, 2013 |
| Joint Pre-Trial Order Due | March 22, 2013 |
| Joint Proposed Jury Questionnaire Due and Affirmative Prior Testimony Designations to be Exchanged; | March 29, 2013 |
| Trial Briefs, Proposed Voir Dire and Jury Instructions Due, and Counter-Designations and Objections to Prior Testimony | April 8, 2013 |
| Final Pre-Trial Conference and Hearing on Remaining Objections to Exhibits and Designated Prior Testimony | TBD by Court |
| Trial | TBD by Court |
| Jury/Non-Jury | Jury |

4) The following trial and pre-trial schedule is set in the matters of *Bowles v. Wyeth LLC, et al, Poole v. Wyeth LLC, et al, McPherson v. Wyeth LLC, et al, Hames v. Wyeth LLC, et al & Craven v. Wyeth LLC, et al.* These cases will be the next set to proceed to trial following *Uhalt v. Wyeth LLC, et al, Setser v. Wyeth LLC, et al, Phillips v. Wyeth LLC, et al, & Hill v. Wyeth LLC, et al.* As indicated in the Court's prior ruling, these cases will not be consolidated for trial.

| **EVENT** | **PROPOSED DEADLINE** |
|---|---|
| Disclosure of Defendants' Expert Reports | March 11, 2013 |
| Defendants' Expert Discovery Deadline | April 12, 2013 |
| Dispositive/*Daubert* Motions | April 26, 2013 |
| Hearing Dispositive/*Daubert* Motions | TBD by Court |
| All Other Motions, including Motions *in limine* | May 13, 2013 |
| Hearing on MILs | TBD by Court |
| Settlement Conference Cut-Off | May 1, 2013 |
| Joint Pre-Trial Order Due | May 17, 2013 |
| Joint Proposed Jury Questionnaire Due and Affirmative Prior Testimony Designations to be Exchanged; | May 22, 2013 |

8

**ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE**

| Trial Briefs, Proposed Voir Dire and Jury Instructions Due, and Counter-Designations and Objections to Prior Testimony | June 3, 2013 |
|---|---|
| Final Pre-Trial Conference and Hearing on Remaining Objections to Exhibits and Designated Prior Testimony | TBD by Court |
| Trial | TBD by Court |
| Jury/Non-Jury | Jury |

IT IS SO ORDERED

Dated: September 20, 2012

_____
Joseph R. Goodwin, Chief Judge

**ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE**